1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM L. FRANZESE, | Case No.: 1:12-at-00020 |
| Plaintiff, | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | (Doc. 4) |
| Defendant. | |

Plaintiff Kim L. Franzese filed a complaint on January 11, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.      The Clerk of Court is DIRECTED to issue a summons; and

3.      The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:    January 17, 2012**                    /s/ **Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE