1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| KIM L. FRANZESE, | ) Case No.: 1:12-at-00020 |
| | ) |
| | ) **ORDER GRANTING APPLICATION TO** |
| Plaintiff, | ) **PROCEED IN FORMA PAUPERIS** |
| | ) |
| v. | ) |
| | ) (Doc. 4) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

16
17    Plaintiff Kim L. Franzese filed a complaint on January 11, 2012, along with an application

18 to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates

19 entitlement to proceed without prepayment of fees.

20    Accordingly, IT IS HEREBY ORDERED THAT:

21    1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22    2.    The Clerk of Court is DIRECTED to issue a summons; and

23    3.    The United States marshal is DIRECTED to serve a copy of the complaint, summons,

24          and this order upon the defendant as directed by the plaintiff.

25 IT IS SO ORDERED.

26 **Dated:    January 17, 2012**          _____/s/ **Sheila K. Oberto**_____
                                         UNITED STATES MAGISTRATE JUDGE
27
28