1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Kim L. Franzese

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| KIM L. FRANZESE, | ) Case No.: CV 12-127 CKD |
|---|---|
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Kim L. Franzese ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The parties enter into this stipulation pursuant to

the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: June 21, 2012          Respectfully submitted,

                                LAW OFFICES OF LAWRENCE D. ROHLFING

                                   /s/ *Young Cho*
                     BY:_____
                               Young Cho
                               Attorney for plaintiff Kim L. Franzese

DATE: June 21, 2012          BENJAMIN B. WAGNER
                               United States Attorney

                                 /s/ *Elizabeth Barry*

                               Elizabeth Barry
                               Special Assistant United States Attorney
                               Attorneys for Defendant Michael J. Astrue,
                               Commissioner of Social Security
                               (Per e-mail authorization)

**ORDER**

Approved and so ordered:

DATE:   June 22, 2012          /s/ Carolyn K. Delaney
                               _____
                               HONORABLE CAROLYN K. DELANEY
                               UNITED STATES MAGISTRATE JUDGE