Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Kim L. Franzese

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIM L. FRANZESE, | Case No.: CV 12-127 CKD |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Kim L. Franzese ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to

-1-

the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: June 21, 2012          Respectfully submitted,

                                        LAW OFFICES OF LAWRENCE D. ROHLFING

                                        /s/ *Young Cho*
                        BY:_____
                              Young Cho
                              Attorney for plaintiff Kim L. Franzese

DATE: June 21, 2012          BENJAMIN B. WAGNER
                                  United States Attorney


                                     /s/ *Elizabeth Barry*
                              _____
                              Elizabeth Barry
                              Special Assistant United States Attorney
                              Attorneys for Defendant Michael J. Astrue,
                              Commissioner of Social Security
                              (Per e-mail authorization)


**ORDER**

    Approved and so ordered:

DATE:   June 22, 2012          /s/ Carolyn K. Delaney
                                     _____
                                     HONORABLE CAROLYN K. DELANEY
                                     UNITED STATES MAGISTRATE JUDGE